BEFORE THE SECOND DIVISION, DECEMBER 23, 1963

No. 68190.—Rotel Corp. of America v. United States, protest 62/7286 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of food juicers similar in all material respects to those the subject of Abstract 65798, the claim of the plaintiff was sustained.

No. 68191.—John V. Carr & Son, Inc. v. United States, protests 60/19671, etc. (Detroit).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of granular or sponge iron similar in all material respects to that the subject of John V. Carr & Son, Inc. v. United States (50 Cust. Ct. 29, C.D. 2384), the claim of the plaintiff was sustained.